IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SALINAS ACOSTA WEAVER,

        Plaintiff,

v.                               1:13-cv-02056-WSD

U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT,

        Defendant.

## OPINION AND ORDER

This matter is before the Court on Plaintiff Salinas Acosta Weaver's Motion for Discovery [22].

On November 27, 2013, after the 120-day time for service of process elapsed, the Court ordered the Plaintiff to show cause, in writing, on or before December 16, 2013, why this action should not be dismissed for failure to effectuate service of process.  Plaintiff did not respond to the Court's Show Cause Order of November 27, 2013, and Plaintiff did not file proof of service on the Defendant.  On December 23, 2013, the Court dismissed this action without prejudice because Plaintiff failed to comply with the Court's November 27, 2013 Show Cause Order.  Beginning on January 7, 2014, the Plaintiff filed several

nearly incomprehensible documents with the Court, including a Motion for Discovery for the Plaintiff/Supplemental Pleading and Proof of Citizenship [22]. Because the Court dismissed this case pursuant to Local Rule 41.3, the Plaintiff's Motion for Discovery is required to be denied. Even if the Court construed the Plaintiff's filings as seeking relief from judgment pursuant to Rule 59 or Rule 60 of the Federal Rules of Civil Procedure, the Plaintiff's Motion is required to be denied because there is no basis to grant him relief. To date, Plaintiff has not explained why he failed to respond to the Court's Show Cause Order, and Plaintiff has not properly served the Defendants pursuant to the requirements of Rule 4(i) of the Federal Rules of Civil Procedure.

Accordingly, for the foregoing reasons,

**IT IS HEREBY ORDERED** that the Defendant's Motion for Discovery is **DENIED** [22].

**SO ORDERED** this 20th day of June 2014.

WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE